IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS LARRICK, | ) |
|                 Plaintiff, | ) Civil Action No. 16-cv-282 |
| v. | ) United States Magistrate Judge |
| | ) Cynthia Reed Eddy |
| THE SHERIFF OF BEAVER COUNTY PENNSYLVANIA, *et al*., | ) |
|                 Defendants. | ) |

## **ORDER**

AND NOW, this 26th day of March, 2018, for the reasons set forth in the accompanying Memorandum Opinion,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment [ECF No. 28] is DENIED insofar as it relates to the claims against Defendants Beaver County and Anthony Guy in his individual capacity.  IT IS FURTHER ORDERED that Plaintiff's claim against "the Sheriff of Beaver County, Pennsylvania" is DISMISSED inasmuch as it is redundant in light of the claim against Beaver County.

                                              By the Court,

                                              s/Cynthia Reed Eddy
                                              Cynthia Reed Eddy
                                              United States Magistrate Judge

cc:    All counsel of record
          via CM/ECF electronic filing